**Order entered October 12, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00615-CR

### EX PARTE JAMES MICHAEL DRAUCKER

**On Appeal from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause No. WR-1-22-0006**

### ORDER

Before the Court is appellant's September 28, 2022 pro se motion to add exception to appellant's brief letter. Appellant is represented by counsel, and he is not entitled to hybrid representation. *See Ex parte Bohannan*, 350 S.W.3d 166, 166 n.1 (Tex. Crim. App. 2011). Accordingly, appellant's pro se request is **DENIED** without prejudice.

/s/    DAVID J. SCHENCK
       JUSTICE